UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : MAGISTRATE NO. 25-mj-198 |
| MARSHALL MORGAN, | : VIOLATIONS: |
| DEFENDANT. | : 18 U.S.C. § 922(g)(1) <br> (Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) <br><br> 21 U.S.C. § 844(a) <br> (Simple Possession of a Controlled Substance, Cocaine (Prior Drug Offense)) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 12, 2025, within the District of Columbia, **MARSHALL MORGAN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Maryland Case No. C-02-CR-16-001208 and Virginia Case No. CR05063408/CR05063409, did unlawfully and knowingly possess a firearm and ammunition, that is, a 9-millimeter Ruger P85 with serial number 301-14016 and 9-millimeter ammunition, and

1

did unlawfully and knowingly receive and possess such firearm and ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT TWO

On or about August 12, 2025, within the District of Columbia, MARSHALL MORGAN, knowing he had a prior final conviction under the law of any State for a drug, narcotic, or chemical offense, namely, Possession With Intent to Distribute (Cocaine), in violation of Maryland Criminal Law Code § 5-602, in Maryland Case No. C-02-CR-16-001208, knowingly and intentionally possessed cocaine, a Schedule II controlled substance.

**(Simple Possession of a Controlled Substance, Cocaine (Prior Drug Offense)**, in violation of Title 21, United States Code, Section 844(a)).

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, **MARSHALL MORGAN** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense(s), including but not limited to, a 9-millimeter Ruger P85 with serial number 301-14016 and 9-millimeter ammunition.

2. Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, **MARSHALL MORGAN** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c)).

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

A TRUE BILL:

By: _____
Gauri Gopal
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.